IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE PENA,

        Plaintiff,

v.   No. CV 09-1015 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

### ORDER GRANTING
### THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's third *Unopposed Motion for Extension of Time* (Doc. 16) to file his Motion to Reverse or Remand the Administrative Agency Decision (Motion). Plaintiff requests an extension until August 2, 2010 to file his Motion, and Defendant does not oppose the extension.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through August 2, 2010 to serve his Motion; Defendant is granted through October 1, 2010 to serve his Response; and Plaintiff is granted through October 15, 2010 to serve his Reply. *No further extensions will be granted in this case without a showing of exceptional cause, and the press of other business will not constitute exceptional cause.*

**IT IS SO ORDERED.**

                                            _____
                                            THE HONORABLE CARMEN E. GARZA
                                            UNITED STATES MAGISTRATE JUDGE