**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOE PENA,

        Plaintiff,

v.                                              No. CV 09-1015 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## FINAL ORDER

      Pursuant to the *Memorandum Opinion and Order* (Doc. 23) entered concurrently herewith, the Court enters this *Final Order* pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (Doc. 18) and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (Doc. 23).

      **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE
Presiding by consent